PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $190,000.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:21-MC-00242-MCE-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
|---|---|

It is hereby stipulated by and between the United States of America and potential claimant Nick Shkolnik ("claimant"), by and through their respective counsel, as follows:

1.  On or about May 26, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $190,000.00 in U.S. Currency ("defendant currency"), which was seized on or about March 22, 2021.

2.  The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is October 1, 2021.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 1, 2021.

Dated: 9/30/2021                           PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney

Dated: 9/29/2021                           /s/ Victor Sherman
                                           VICTOR SHERMAN
                                           Attorney for potential claimant
                                           Nick Shkolnik
                                           11400 W. Olympic Blvd., Suite 1500
                                           Los Angeles, CA 90064
                                           (Signature authorized by email)

        IT IS SO ORDERED.

Dated:  October 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2