PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $190,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:21-MC-00242-MCE-KJN<br><br>ORDER TO CONTINUE DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS |

　　　The Court having received, read, and considered the foregoing request to continue the deadline for filing of dispositional documents, and good cause appearing therefrom, the Court hereby GRANTS the three-week extension to file dispositional documents to and including February 10, 2022.

　　　IT IS SO ORDERED.

Dated: January 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE